**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JENNIFER WATSON,

      Plaintiff,

vs.                              Case No. 3:09-cv-60-J-34TEM

CABARET, INC., a Florida corporation
d/b/a Tiffany's, ANDRE RICHA,
RAIF RICHA, and NORMAN RICHA,

      Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Thomas E. Morris's Report and

Recommendation (Doc. No. 35; Report), entered on February 16, 2012.  In the Report,

Magistrate Judge Morris recommends that Plaintiff's Motion for Entry of Default Final

Judgment Against Defendant Raif Richa (Doc. No. 31) be granted; Defendant Raif Richa be

held jointly and severally liable with the Defendant Cabaret for damages in the amount of

$14,940.00; and the Court reserve jurisdiction to determine reasonable attorney's fees and

costs.  See Report at 8.  No objections to the Report have been filed, and the time for doing

so has now passed.

      The Court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific

objections to findings of fact are filed, the district court is not required to conduct a de novo

review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see

also 28 U.S.C. 636(b)(1).  However, the district court must review legal conclusions de novo.

See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States

v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate

Judge's Report, the Court will accept and adopt the legal and factual conclusions

recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

**1.**  The Recommendation (Doc. No. 35) of Magistrate Judge Morris is **ACCEPTED**

by the Court.

**2.**  Plaintiff's Motion for Entry of Default Final Judgment (Doc. No. 31) is **GRANTED**.

**3.**  The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff, Jennifer

Watson, and against Defendants Raif Richa and Cabaret Inc., joint and severally, for the

sum of Fourteen Thousand, Nine Hundred Forty Dollars ($14,940.00), and close the file.

**4.**  The Court reserves jurisdiction to consider any timely filed motions for attorney's

fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida, this 27th day of April, 2012.

**MARCIA MORALES HOWARD**
United States District Judge

-2-

i16

Copies to:

Counsel of Record
Pro Se Parties, if any