**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JENNIFER WATSON,

    Plaintiff,

vs.                                                    Case No. 3:09-cv-60-J-34TEM

CABARET, INC., a Florida corporation
d/b/a Tiffany's, ANDRE RICHA,
RAIF RICHA, and NORMAN RICHA,

    Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Thomas E. Morris's Report and Recommendation (Doc. No. 35; Report), entered on February 16, 2012. In the Report, Magistrate Judge Morris recommends that Plaintiff's Motion for Entry of Default Final Judgment Against Defendant Raif Richa (Doc. No. 31) be granted; Defendant Raif Richa be held jointly and severally liable with the Defendant Cabaret for damages in the amount of $14,940.00; and the Court reserve jurisdiction to determine reasonable attorney's fees and costs. See Report at 8. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see

also 28 U.S.C. 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

**1.** The Recommendation (Doc. No. 35) of Magistrate Judge Morris is **ACCEPTED** by the Court.

**2.** Plaintiff's Motion for Entry of Default Final Judgment (Doc. No. 31) is **GRANTED**.

**3.** The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff, Jennifer Watson, and against Defendants Raif Richa and Cabaret Inc., joint and severally, for the sum of Fourteen Thousand, Nine Hundred Forty Dollars ($14,940.00), and close the file.

**4.** The Court reserves jurisdiction to consider any timely filed motions for attorney's fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida, this 27th day of April, 2012.

MARCIA MORALES HOWARD
United States District Judge

i16

Copies to:

Counsel of Record
Pro Se Parties, if any